IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GENNIFER TOWNSLEY, individually and
on behalf of all others similarly situated,
        Plaintiff,

v.                                      Civil Action No. 3:19-cv-849

ATLANTIC UNION BANK,
        Defendant.

## FINAL ORDER

On January 19, 2021, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 60.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 25 January 2021
Richmond, VA